**EXHIBIT 2:** INFRINGEMENT# 1

URL: https://gp1.com/covid-19-school-reopening-jujitsu-for-employers/



@GP1screening Blog- COVID-19: School Reopening Jujitsu For Employers gp1.com/covid-19-schoo…

1:26 PM · Jul 29, 2020 · Twitter Web App

1 Like