UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FLASH90 LTD., | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:23-CV-0202-X |
| DALLAS-FORT WORTH HOSPITAL COUNCIL VENTURES, INC., | § § § § | |
| *Defendant.* | § § | |

## DISMISSAL ORDER

In accordance with the Plaintiff's Notice of Dismissal at Doc. 11, the Court **DISMISSES WITH PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 22nd day of March, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1